**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SUE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:06cv1037-MHT |
| v. ) | |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 6, 2006, via telephone conference, and was attended by:

   Julian McPhillips, Jr. and Allison Highley on behalf of plaintiff, Sue Brown;

   Bert S. Nettles and C. Dennis Hughes on behalf of defendant State Farm Fire and Casualty Company ("State Farm").

2. <u>Pre-Discovery Disclosure</u>.  The parties will exchange the information required by local Rule 26.1(a)(1) within twenty (20) days from the date of the Report of Parties' Planning Meeting and/or on or before December 26, 2006.

3. <u>Discovery Plan</u>.  The parties jointly propose to the court the following discovery plan:

   Discovery will be needed on the following subjects:

   Plaintiff's claims of breach of contract and bad faith; and State Farm's defenses as stated in its answer.

   a. All discovery commenced in time to be completed by March 20, 2006.

   b. Maximum of forty (40) interrogatories and thirty (30 requests for production by each party to each party.  Responses due thirty (30) days after service, except for discovery pending at the time of the conference, for which responses are to be due December 31, 2006.

   c. Maximum of twenty (20) requests for admission by each party to each party.

    d.    Maximum of seven (7) depositions by the plaintiff and seven (7) by the defendant.

    e.    Each deposition limited to maximum of six (6) hours for the plaintiff, the defendant's corporate representative and expert witnesses, and five (5) hours for any other witness(es), unless extended by agreement of parties. These time limitations are exclusive of recesses

    f.    Reports from retained experts under Rule 26(a)(2) due:

    From plaintiff by February 10, 2007.

    From defendant by March 2, 2007.

    g.    Supplementations due as provided under Rule 26(e).

4.    Other Items.

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a pretrial conference in June, 2007.

    c.    Plaintiff should be allowed until January 15, 2007, to join additional parties and to amend the pleadings.

    d.    Defendant should be allowed until February 2, 2007, to join additional parties and to amend the pleadings.

    e.    All potentially dispositive motions should be filed by March 15, 2007.

    f.    Settlement cannot be realistically evaluated prior to the commencement of discovery, and the use of alternative dispute resolution method(s) cannot be evaluated prior to the close of discovery.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff and defendant as follows:

    Parties to file and exchange witness lists on June 22, 2007.

    Parties to file and exchange exhibit lists on July 2, 2007.

    h.    Parties should have ten (10) days after service of final lists of trial witnesses and exhibits to list objections under Rule 26(a)(3).

      i.      This case should be ready for trial by July 23, 2007, and at this time is expected to take approximately 3 to 4 days.

Dated: December 7, 2006.

                                        */s/*   Julian L. McPhillips, Jr.
                                        JULIAN L. McPHILLIPS, JR.
                                        ALLISON HIGHLEY

                                        Attorneys for Plaintiff Sue Brown

**OF COUNSEL:**

McPHILLIPS, SHINBAUM, LLP
516 South Perry Street
P.O. Box 64
Montgomery, AL 36104
(334)262-1911 (telephone)
(334)263-2321 (facsimile


                                        */s/*   Bert S. Nettles
                                        BERT S. NETTLES
                                        C. DENNIS HUGHES
                                        KHRISTI DOSS DRIVER

                                        Attorney for Defendant
                                        State Farm Fire and Casualty Company

**OF COUNSEL:**

HASKELL SLAUGHTER YOUNG & REDIKER, LLC
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
205-251-1000 (telephone)
205-324-1133 (facsimile)

474056.1