IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV NO. 2:06-cv-1037-MHT |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by all parties hereto that this action and any potential counterclaim be dismissed with prejudice, each party to bear her or its own attorney's fees, expenses and costs.

_____
Julian L. McPhillips, Jr.

OF COUNSEL:
McPhillips Shinbaum, LLP
516 South Perry Street
P.O. Box 64
Montgomery, Alabama 36104

_____
Bert S. Nettles
C. Dennis Hughes

OF COUNSEL:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
478200