IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO. 2:06-cv-1037-MHT |
| v. | ) |
| | ) |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW

Comes now the undersigned counsel, Julian L. McPhillips, Jr., and the firm of McPhillips Shinbaum, L.L.P. and moves this Honorable Court to allow them to withdraw from the above styled cause on the following grounds:

1. Due to a lack of cooperation and communication from the client, the undersigned attorney can no longer effectively represent the client, such that the client has given the undersigned no other ethical alternative except to withdraw..

Dated this 22nd day of June, 2007.

_____
Julian L. McPhillips, Jr.

OF COUNSEL:

McPhillips Shinbaum, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911

## CERTIFICATE OF SERVICE

  I hereby certify that I have served the foregoing Motion to Withdraw on the following individual, via U.S. First Class Mail on this 22nd day of June, 2007.

Jaime C. Erdberg, Esq.
Shaun K. Ramey, Esq.
Sirote & Permute, PC
2311 Highland Avenue South
POB 55727
Birmingham, Alabama 35255-5727

Ms. Sue Brown
209 Newcastle Lane
Montgomery, Alabama 36117

                       Julian L. McPhillips, Jr.