IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SUE BROWN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv1037-MHT |
| ) | |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY, INC., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 8) is granted.

DONE, this the 9th day of July, 2007.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE